UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of:<br>RELIANCE GROUP HOLDINGS, INC., | Misc. Nos. 02-65, 02-77<br>Civil Action Nos. 02-3277, 02-1643,<br>02-1733, 02-1774 |

### ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of the Motion for Admission of Counsel *Pro Hac Vice* for Lowell C. Freiberg, pursuant to Local Rule of Civil Procedure 83.5.2(b) of this Court,

It is hereby **ORDERED** that the Motion is **GRANTED**; and

It is further **ORDERED** that Eric Goldstein and Liza Velazquez may appear in this action as counsel *pro hac vice* for Lowell C. Freiberg.

**BY THE COURT:**

_____
Weiner, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of:<br>RELIANCE GROUP HOLDINGS, INC., | Misc. Nos. 02-65, 02-77<br>Civil Action Nos. 02-3277, 02-1643,<br>02-1733, 02-1774 |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Alexander Kerr, counsel for Robert Steinberg, hereby moves, pursuant to Rule 83.5.2(b) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania, for the admission *pro hac vice* of Eric Goldstein and Liza Velazquez, and in support thereof avers as follows:

1. Mr. Goldstein and Ms. Velazquez are affiliated with the New York law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP which represents Lowell C. Freiberg in the above-captioned matter. They are seeking Pennsylvania counsel to work with Paul, Weiss, Rifkind, Wharton & Garrison LLP in this representation.

2. Mr. Goldstein and Ms. Velazquez are members in good standing of the bar of the State of New York, the bar of the United States District Court for the Southern District of New York, and the bar of the United States District Court for the Eastern District of New York. In addition, Ms. Velazquez is a member of good standing of the bar of the United States District Court for the Eastern District of Wisconsin.

3. The efficient administration, prosecution and resolution of this case will be materially advanced by the admission *pro hac vice* of Mr. Goldstein and Ms. Velazquez.

WHEREFORE, Alexander Kerr, counsel for Robert Steinberg, respectfully requests that this Court enter an order admitting Eric Goldstein and Liza Velazquez *pro hac vice* for purposes of this case.

Respectfully submitted,

McCARTER & ENGLISH LLP

By: _____
Alexander Kerr, Esq.

Mellon Bank Center
Suite 700
1735 Market Street
Philadelphia, Pennsylvania  19103-7397
215-979-3868

## **DECLARATION OF ALEXANDER KERR**

I, Alexander Kerr, declare under penalty of perjury that the statements of fact contained in the accompanying Motion for Admission of Counsel Pro Hac Vice are true and correct to the best of my knowledge, information, and belief.

_____
Alexander Kerr

DATE: April 5, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of:<br>RELIANCE GROUP HOLDINGS, INC., | Misc. Nos. 02-65, 02-77<br>Civil Action Nos. 02-3277, 02-1643,<br>02-1733, 02-1774 |

### AFFIDAVIT OF LIZA M. VELAZQUEZ

I, Liza M. Velazquez, hereby state under the pains and penalties of perjury:

1. I am an associate in the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. I am eligible to practice and am a member in good standing of the bar of the State of New York. I am also admitted to practice in the following federal courts: U.S. District Court for the Southern District of New York; U.S. District Court for the Eastern District of New York; and the U.S. District Court for the Eastern District of Wisconsin. I am a member in good standing of every jurisdiction in which I have been admitted to practice. I have not been suspended or disbarred in any court;

2. Lowell Freiberg, a party in the above-captioned proceedings, has requested to be represented by me;

3. I understand I am charged with knowing and complying with the Rules of this Court, including disciplinary rules, and with paying all required fees.

Doc #:NY6:711236.1

- 2 -

Based upon the foregoing, I respectfully request admission to this Court for the purpose of appearing, arguing, and trying the case on behalf of Lowell Freiberg, if necessary.

_____
Liza M. Velazquez

Sworn to before me this
31st day of March, 2004

_____
Notary Public

NANCY CASTRO
Notary Public, State of New York
No. 03-4668826
Qualified in Bronx County
Commission Expires July 31, 20 06

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of:<br>RELIANCE GROUP HOLDINGS, INC., | Misc. Nos. 02-65, 02-77<br>Civil Action Nos. 02-3277, 02-1643,<br>02-1733, 02-1774 |

### AFFIDAVIT OF ERIC S. GOLDSTEIN

I, Eric S. Goldstein, hereby state under the pains and penalties of perjury:

1. I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. I am eligible to practice and am a member in good standing of the bar of the State of New York. I am also admitted to practice in the U.S. District Court for the Southern District of New York and the U.S. District Court for the Eastern District of New York. I am a member in good standing of every jurisdiction in which I have been admitted to practice. I have not been suspended or disbarred in any court.

2. Lowell Freiberg, a party in the above-captioned proceedings, has requested to be represented by me.

3. I understand I am charged with knowing and complying with the Rules of this Court, including disciplinary rules, and with paying all required fees.

Based upon the foregoing, I respectfully request admission to this Court for the purpose of appearing, arguing, and trying the case on behalf of Lowell Freiberg, if necessary.

_____
Eric S. Goldstein

Sworn to before me this
31st day of March, 2004

_____
Notary Public

NANCY CASTRO
Notary Public, State of New York
No. 03-4668826
Qualified in Bronx County
Commission Expires July 31, 20 06

## CERTIFICATE OF SERVICE

I, Lisa M. Salazar, hereby certify that I caused a true copy of the foregoing Motion for Admission of Counsel Pro Hac Vice and supporting affidavits to be served by United States first class mail, postage prepaid, upon all counsel listed on the attached service list.

*Lisa M. Salazar*
Lisa M. Salazar

Dated: April 5, 2004

# SERVICE LIST

Eric S. Goldstein, Esquire
Liza M. Velazquez, Esquire
PAUL WEISS RIFKIN WHARTON &
 GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
**Attorneys for Class Action Defendant
Lowell Freiberg**

Lee M. Epstein, Esquire
Linda J. Karpel, Esquire
Fried Epstein & Rettig LLP
Constitution Place
325 Chestnut Street, Suite 900
Philadelphia, PA 19106

**Attorneys for Class Action Defendant
 Saul P. Steinberg**

Steven E. Obus, Esquire
Lisa A. Bauer, Esquire
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
**Attorneys for Class Action Defendant
Saul P. Steinberg**

Jerome R. Richter, Esq.
Ann B. Laupheimer, Esq.
Anthony Vidovich, Esq.
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
**Attorneys for the Liquidator**

Sherrie R. Savett, Esquire
Phyllis M. Parker, Esquire
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
**Co-Lead Counsel for Securities Class
Action Plaintiffs**

Robert A. Wallner, Esquire
MILBERG WEISS BERSHAD HYNES &
 LERACH LLP
One Pennsylvania Plaza
New York, NY 10119-0165
**Co-Lead Counsel for Securities Class
Action Plaintiffs**

Joseph M. Smick, Esquire
SEDGWICK, DETERT, MORAN &
ARNOLD
125 Broad Street – 39th Floor
New York, NY 10004-2400
**Attorneys for Underwriters at Lloyds**

James M. Matour
HANGLEY ARONCHICK SEGAL &
PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103
**Attorneys for Debtor Reliance
Group Holdings, Inc.**

| | |
|---|---|
| Lorna G. Schofield<br>DEBEVOISE & PLIMPTON<br>919 Third Avenue<br>New York, NY  10022<br>**Attorneys for Debtor Reliance Group Holdings, Inc.** | Andrew DeNatale<br>Jack Rose<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York  10036-2782<br>**Attorneys for the Official Unsecured Bank Committee** |
| Arnold Gulkowitz<br>ORRICK HERRINGTON & SUTCLIFFE<br>666 Fifth Avenue<br>New York, NY  10103-0001<br>**Attorneys for the Official Unsecured Creditors Committee** | |

PH1: 477010.01