**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| _____ | : | Misc. Nos. 02-65, 02-77 |
| In the Matter of: | : | Civil Action Nos. 02-3277, 02-1643, |
| RELIANCE GROUP HOLDINGS, INC., | : | 02-1733, 02-1774 |
| _____ | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2004, upon consideration of the

Motion for Admission of Counsel <u>Pro Hace Vice</u> on behalf of Saul P. Steinberg, pursuant to

Local Rule of Civil Procedure 83.5.2(b), **IT IS HEREBY ORDERED THAT:**

(1)    Said motion is **GRANTED;** and

(2)    Steven E. Obus, Esquire and Lisa A. Bauer, Esquire are admitted to practice in

this Court <u>pro hac vice</u> for the limited purpose of representing Saul P. Steinberg in all

proceedings in the above-captioned action.


BY THE COURT:


_____
                                                    J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| _____ | : | Misc. Nos. 02-65, 02-77 |
| In the Matter of: | : | Civil Action Nos. 02-3277, 02-1643, |
| RELIANCE GROUP HOLDINGS, INC., | : |  02-1733, 02-1774 |
| _____ | : |  |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Linda J. Karpel hereby moves, on behalf of Saul P. Steinberg and pursuant to Local Rule

83.5.2(b), for the admission pro hac vice of Steven E. Obus, Esquire and Lisa A. Bauer, Esquire

and, in support thereof, states the following:

1.      I am an attorney with the law firm of Fried Epstein & Rettig LLP, 325 Chestnut

Street, Suite 900, Philadelphia, Pennsylvania 19106.  I am a counsel of record for Saul P.

Steinberg in the above-captioned action.

2.      I am also a member in good standing of the bar of this Court.

3.      By this motion, submitted on behalf of Mr. Steinberg, I seek the admission pro

hac vice of Steven E. Obus, Esquire and Lisa A. Bauer, Esquire.

4.      The Declarations of Mr. Obus and Ms. Bauer are attached hereto as Exhibit "A"

and incorporated in full herein.

5.      Mr. Obus and Ms. Bauer are affiliated with the New York law firm of Proskauer

Rose, LLP.

6.      Mr. Obus and Ms. Bauer are each members in good standing of the bar of the

State of New York, the bar of the United States District Court for the Southern District of New

York, and the bar of the United States District Court for the Eastern District of New York.

7.    In addition, Mr. Obus is a member in good standing of the bar of the United States Supreme Court, the bar of the United States Court of Appeals for the Second Circuit, and the Bar of the United States Court of Appeals for the Fourth Circuit.

8.    There are no pending disciplinary actions against Mr. Obus or Ms. Bauer in any state or federal jurisdiction, nor have any such charges ever been imposed upon them.

9.    Mr. Obus and Ms. Bauer represent Mr. Steinberg in matters relating to the above-captioned action.    Mr. Steinberg has requested that they represent him in this action, for the purpose of appearing, arguing, and if necessary, trying this case on his behalf.

10.    Mr. Steinberg engaged the Philadelphia firm of Fried Epstein & Rettig LLP, to work with Mr. Obus and Ms. Bauer in this action.

11.    Mr. Obus and Ms. Bauer recognize and agree that disciplinary jurisdiction is conferred on this Court for any conduct by them arising in the course of or in the preparation of the proceedings in this matter.

12.    My colleague, Lee Epstein, and I will continue to associate with Mr. Obus and Ms. Bauer as counsel for Mr. Steinberg.

13.    I (as well as Mr. Epstein) will instruct Mr. Obus and Ms. Bauer in the rules, practices and procedures of this district court and continue to receive copies of all communications from the Court or opposing counsel.

14.    My Declaration verifying the facts set forth in this motion is attached hereto as Exhibit "B."

WHEREFORE, Linda J. Karpel respectfully requests, on behalf of Saul P. Steinberg, that this motion be granted and that Steven E. Obus, Esquire and Lisa A. Bauer, Esquire be admitted pro hac vice for the purpose of this action.

2

Dated:  April 14, 2004                    Respectfully submitted,


                                          _____LK1018
                                          Linda J. Karpel (I.D. No. 62009)
                                          FRIED EPSTEIN & RETTIG LLP
                                          325 Chestnut Street, Suite 900
                                          Philadelphia, PA 19106
                                          Tel: (215) 625-00123
                                          Fax: (215) 625-0764

                                          Counsel for Saul P. Steinberg

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| | :     Misc. Nos. 02-65, 02-77 |
| In the Matter of: | :     Civil Action Nos. 02-3277, 02-1643, |
| RELIANCE GROUP HOLDINGS, INC., | :      02-1733, 02-1774 |
| | : |

---

**DECLARATION OF STEVEN E. OBUS**
**IN SUPPORT OF HIS ADMISSION PRO HAC VICE**

I, Steven E. Obus, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am a partner in the law firm of Proskauer Rose, LLP, located at 1585 Broadway, New York, New York 10036-8299.

2.    I submit this affidavit in support of my admission pro hac vice to the bar of this Court for the purpose of representing Saul P. Steinberg in the above-captioned action.

3.    I am a member in good standing of the bar of the United States Supreme Court, the bars of the United States Court of Appeals for the Second Circuit and the Fourth Circuit, and the bars of the United States District Court for the Southern District of New York and the Eastern District Of New York.

4.    I am also a member in good standing of the bar of the State of New York.

5.    There are no disciplinary charges pending against me in any state or federal jurisdiction, nor have any such charges ever been imposed on me in any jurisdiction.

6.    I currently represent Mr. Steinberg in matters related to this action.  He has requested that I represent him in this action, for the purpose of appearing, arguing, and if necessary, trying this case on his behalf.

7.    In undertaking the representation of Mr. Steinberg pro hac vice, I am associated with Linda J. Karpel and Lee M. Epstein, of Fried Epstein & Rettig LLP in Philadelphia.  Both Ms. Karpel and Mr. Epstein are members in good standing of the bar of this Court.

2

8.      I recognize and agree that disciplinary jurisdiction is conferred upon this Court for any conduct by me that arises in the course of or in the preparation of the proceedings in this action.

9.      In serving as pro hac vice counsel representing Mr. Steinberg, I will continue to associate with Ms. Karpel and Mr. Epstein, who will aid me by instructing me in the rules, practices, and procedures of this judicial district.

I, Steven E. Obus, declare under penalty of perjury, that the foregoing is true and correct.

Executed on April _____, 2004, in New York, New York.

_____
Steven E. Obus

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| ─────────────────────────── |  | Misc. Nos. 02-65, 02-77 |
| In the Matter of: | : | Civil Action Nos. 02-3277, 02-1643, |
| RELIANCE GROUP HOLDINGS, INC., | : | 02-1733, 02-1774 |
| ─────────────────────────── | : |  |

**DECLARATION OF LISA A. BAUER**
**IN SUPPORT OF HER ADMISSION PRO HAC VICE**

I, Lisa A. Bauer, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am associated with the law firm of Proskauer Rose, LLP, located at 1585 Broadway, New York, New York 10036-8299.

2.      I submit this affidavit in support of my admission pro hac vice to the bar of this Court for the purpose of representing Saul P. Steinberg in the above-captioned action.

3.      I am a member in good standing of the bar of the State of New York.  I am also a member of good standing of the bars of the United States District Court for the Southern District of New York and the United States District Court for the Eastern District Of New York.

4.      There are no disciplinary charges pending against me in any state or federal jurisdiction, nor have any such charges ever been imposed on me in any jurisdiction.

5.      I currently represent Mr. Steinberg in other matters related to this action.  He has requested that I represent him in this action, for the purpose of appearing, arguing, and if necessary, participating in the trial of this action on his behalf.

6.      In undertaking the representation of Mr. Steinberg pro hac vice, I am associated with Linda J. Karpel and Lee M. Epstein, of Fried Epstein & Rettig LLP in Philadelphia.  Both Ms. Karpel and Mr. Epstein are members in good standing of the bar of this Court.

7.      I recognize and agree that disciplinary jurisdiction is conferred upon this Court for any conduct by me that arises in the course of or in the preparation of the proceedings in this action.

8.      In serving as <u>pro hac vice</u> counsel representing Mr. Steinberg, I will continue to associate with Ms. Karpel and Mr. Epstein, who will aid me by instructing me in the rules, practices, and procedures of this judicial district.


I, Lisa A. Bauer, declare under penalty of perjury, that the foregoing is true and correct.


Executed on April _____, 2004, in New York, New York.


_____
Lisa A. Bauer

**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | Misc. Nos. 02-65, 02-77 |
| In the Matter of: | : | Civil Action Nos. 02-3277, 02-1643, |
| RELIANCE GROUP HOLDINGS, INC., | : | 02-1733, 02-1774 |
| | : | |

### DECLARATION OF LINDA J. KARPEL

I, Linda J. Karpel, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am an attorney with the law firm of Fried Epstein & Rettig LLP, 325 Chestnut Street, Suite 900, Philadelphia, Pennsylvania 19106 and a counsel of record for Saul P. Steinberg in the above-captioned action.

2.    I am also a member in good standing of the bar of this Court.

3.    I have moved this Court, on behalf of Mr. Steinberg, for the admission of Steven E. Obus, Esquire and Lisa A. Bauer, Esquire as pro hac vice counsel in this action.

4.    All statements set forth in the Motion for Admission Pro Hac Vice that I filed on Mr. Steinberg's behalf are true to the best of my knowledge, information and belief.

I, Linda J. Karpel, declare under penalty of perjury, that the foregoing is true and correct.

Executed on April _____, 2004, in Philadelphia, Pennsylvania

_____
Linda J. Karpel

**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | Misc. Nos. 02-65, 02-77 |
| In the Matter of: | : | Civil Action Nos. 02-3277, 02-1643, |
| RELIANCE GROUP HOLDINGS, INC., | : | 02-1733, 02-1774 |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, at my direction, true and correct copies of the Motion for Admission

of Counsel <u>Pro Hac Vice,</u> filed on behalf of Saul P. Steinberg, were served this date, by first-

class mail, postage prepaid, upon counsel identified on the attached Service List.


Dated:  April 14, 2004                                                          LK101
                                        Linda J. Karpel

## SERVICE LIST

**Attorneys for the Liquidator**

Jerome R. Richter, Esquire
Ann B. Laupheimer, Esquire
Anthony Vidovich, Esquire
BLANK ROME LLP
One Logan Square
Philadelphia, Pa 19103

**Attorneys for Class Action Defendant,**
**Lowell Freiberg**

Eric S. Goldstein, Esquire
Liza M. Velazquez, Esquire
PAUL, WEISS RIFKIN WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, New York 10019

Alexander Kerr, Esquire
MCCARTER & ENGLISH, LLP
Mellon Bank Center
Suite 700
1735 Market Street
Philadelphia, PA 19103-7397

**Counsel for Securities Class Action Plaintiffs**

Sherrie R. Savett, Esquire
Phyllis M. Parker, Esquire
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Robert A. Wallner, Esquire
MILBERG WEISS BERSHAD HYNES & LERACH LLP
One Pennsylvania Plaza
New York, NY 10119-0165

**Attorney for Underwriters at Lloyds**

Joseph M. Smick, Esquire
SEDGWICK, DETERT, MORAN & ARNOLD
125 Broad Street, 39th Floor
New York, NY 20004-2400

2

**Attorneys for Debtor Reliance Group Holdings, Inc.**

James M. Matour, Esquire
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27ᵗʰ Floor
Philadelphia, PA 19103

Lorna G. Schofield, Esquire
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, NY 10022

**Attorneys for the Official Unsecured Bank Committee**

Andrew DeNatale, Esquire
Jack Rose, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2782

**Attorneys for the Official Unsecured Creditors Committee**

Arnold Gulkowitz, Esquire
ORRICK HERRINGTON & SUTCLIFFE
666 Fifth Avenue
New York, NY 10103-0001